

Certificate Number: 15317-CAN-CC-028959566


15317-CAN-CC-028959566

# 17-10199-AJ

## CERTIFICATE OF COUNSELING

I CERTIFY that on **March 21, 2017**, at **10:58** o'clock **PM PDT**, **Douglas Cattich** received from **Access Counseling, Inc.**, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the **Northern District of California**, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan **was not prepared**. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted **by internet**.

Date:   March 21, 2017            By:    /s/Christel Raz

                                  Name:  Christel Raz

                                  Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).