1  JaVonne M. Phillips, Esq. SBN 187474
2  Kristin A. Zilberstein, Esq. SBN 200041
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811

6  Attorneys for JPMorgan Chase Bank, National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | ) Case No. 17-10199-J |
| | ) |
| | ) Chapter 13 |
| Douglas Wayne Cattich, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date:   5/9/2017 |
| | ) Time:  11:00 AM |
| | ) Place:  777 Sonoma Ave., #116 |
| | )             Santa Rosa CA |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date:   6/14/2017 |
| | ) Time:  1:30 PM |
| | ) Ctrm:  No Court Info Floor |
| | ) Place:  99 South E Street |
| | )             Santa Rosa CA |
| | ) |
| | ) Judge: Alan Jaroslovsky |
| | ) |

JPMorgan Chase Bank, National Association, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Douglas Wayne Cattich. Question 'Are Any Debtors Also A Borrower' has not been answered.

1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2034 and is secured by a Deed of Trust on the subject property commonly known as 465 Grapevine Lane, Healdsburg, CA 95448-8356. As of 3/22/2017, the amount in default was $3,928.79, incurred with respect to the default. The Proof of Claim will be filed on or before the claims deadline of 8/7/2017; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2. The Plan is not on the proper Northern District form. Debtor used a form from the Central District.

3. The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. The Debtor does not provide the Plan payment amount or number of months of the Plan. If the Debtor were to have a Plan of 60 months, to cure the pre-petition arrearages of $3,928.79 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $65.48 per month from the Debtor through the Plan. Debtor has not provided sufficient funds to cure the default owed to Secured Creditor. Further, the Plan does not provide for any payments to the Trustee. It is essentially blank. Pursuant to Schedules I and J, Debtor's income is from a business that he owns. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "1"**. However, he does not provide for income tax. After the expenses are adjusted to account for the income tax, Debtor will not have sufficient net income for a Plan payment or to increase the plan payment to cure the arrears owed to Secured Creditor. Therefore, the Plan is not feasible.

4. It appears that Debtor is outside the allowable debt limits for a Chapter 13. Secured Creditor cannot make a complete determination because the Schedules are not complete.

5. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed.

The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

6. The Debtor's plan proposes to pay unsecured creditors ahead of the secured claim of the objecting Creditor. Such a proposal is not allowed and Secured Creditor objects to such a plan. Accordingly, the plan should not be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

4/7/2017

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Attorney for Secured Creditor

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Kristin A. Zilberstein, Esq. SBN 200041 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| | kzilberstein@mccarthyholthus.com |
| 6 | |
| 7 | Attorneys for JPMorgan Chase Bank, National Association, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:  ) Case No. 17-10199-J
       )
Douglas Wayne Cattich,  ) Chapter 13
       )
       Debtor.  ) **CERTIFICATE OF SERVICE OF**
       ) **OBJECTION TO CONFIRMATION**
       ) **OF CHAPTER 13 PLAN**
       )
       )
       ) **341(a) Meeting of Creditors:**
       ) Date: 5/9/2017
       ) Time: 11:00 AM
       ) Ctrm:
       ) Place: 777 Sonoma Ave., #116
       )        Santa Rosa CA
       ) **Confirmation Hearing:**
       ) Date: 6/14/2017
       ) Time: 1:30 PM
       ) Ctrm: No Court Info
       ) Place: 99 South E Street
       )        Santa Rosa CA
       ) Judge: Alan Jaroslovsky
       )

1

File No. CA-17-135374
Certificate of Service, Case No. 17-10199-J

# CERTIFICATE OF SERVICE

On 4/7/2017, I served the foregoing **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.SF.ECF@usdoj.gov

**SPECIAL NOTICE**
First National Bank of Northern California
dmiller@lubinolson.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 4/7/2017, I served the foregoing **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Douglas Wayne Cattich, 9408 Willow Ave., Cotati, CA 94931

TRUSTEE
David Burchard, P.O. Box 8059, Foster City, CA 94404

SPECIAL NOTICE(S)
Lubin Olson & Niewiadomski LLP, Attn: Dennis D. Miller, Esq., 600 Montgomery Street, 14th Floor, San Francisco, CA 94111

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 4/7/2017      /s/ Christian Aguilar
Christian Aguilar

Fill in this information to identify your case:

Debtor 1 __DOUGLAS__ _____ __CATTICH__
        First Name    Middle Name    Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of California

Case number   17-10199-T
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | BUSINESS OWNER | |
| Employer's name | SELF EMPLOYED | |
| Employer's address | 9408 Willow Road<br>Number Street | Number Street |
| | Cotati    CA    94931<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 17 YRS | 17 YRS |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | $ 28,000.00 | $ |
| 3. Estimate and list monthly overtime pay.    3. | + $ | + $ |
| 4. Calculate gross income. Add line 2 + line 3.    4. | $ 28,000.00 | $ |
Case: 17-10199    Doc# 15    Filed: 04/05/17    Entered: 04/06/17 11:04:47    Page 23 of page 1
Official Form 106I    Schedule I: Your Income    28

**EXHIBIT 1**

Case: 17-10199    Doc# 20    Filed: 04/07/17    Entered: 04/07/17 16:33:57    Page 6 of 10

Debtor 1  DOUGLAS _____ CATTICH _____  Case number (if known)_____
         First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................... → 4. | $ 28,000.00 | $_____ |

5. List all payroll deductions:

   5a. Tax, Medicare, and Social Security deductions  5a. $_____  $_____
   5b. Mandatory contributions for retirement plans  5b. $_____  $_____
   5c. Voluntary contributions for retirement plans  5c. $_____  $_____
   5d. Required repayments of retirement fund loans  5d. $_____  $_____
   5e. Insurance  5e. $_____  $_____
   5f. Domestic support obligations  5f. $_____  $_____
   5g. Union dues  5g. $_____  $_____
   5h. Other deductions. Specify: _____  5h. +$_____  +$_____

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. $_____  $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. $_____  $_____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $_____  $_____
   8b. Interest and dividends  8b. $_____  $_____
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $_____  $_____
   8d. Unemployment compensation  8d. $_____  $_____
   8e. Social Security  8e. $_____  $_____
   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____  8f. $_____  $_____
   8g. Pension or retirement income  8g. $_____  $_____
   8h. Other monthly income. Specify: _____  8h. +$_____  +$_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9. $_____  $_____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. $ 28,000.00 + $_____ = $_____

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____  11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies  12. $ 28,000.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain:

Case: 17-10199   Doc# 15   Filed: 04/05/17   Entered: 04/06/17 11:04:47   Page 24 of Page 2
Official Form 106I                Schedule I: Your Income
                                        28

Case: 17-10199   Doc# 20   Filed: 04/07/17   Entered: 04/07/17 16:33:57   Page 7 of 10

Fill in this information to identify your case:

Debtor 1: DOUGLAS (First Name) _____ (Middle Name) CATTICH (Last Name)

Debtor 2: _____ (Spouse, if filing) First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 17-10199-J

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
___ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 2,923.19

   If not included in line 4:
   4a. Real estate taxes    4a. $ _____
   4b. Property, homeowner's, or renter's insurance    4b. $ 700.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 100.00
   4d. Homeowner's association or condominium dues    4d. $ _____

Debtor 1    DOUGLAS    CATTICH    Case number (if known) _____
           First Name  Middle Name  Last Name

                                                                    Your expenses

5.  Additional mortgage payments for your residence, such as home equity loans          5.   $ _____

6.  Utilities:
    6a. Electricity, heat, natural gas                                                   6a.  $   1,200.00
    6b. Water, sewer, garbage collection                                                 6b.  $      45.00
    6c. Telephone, cell phone, Internet, satellite, and cable services                   6c.  $     700.00
    6d. Other. Specify: Credit Card Payments                                             6d.  $   1,250.00

7.  Food and housekeeping supplies                                                       7.   $   2,000.00

8.  Childcare and children's education costs                                             8.   $ _____

9.  Clothing, laundry, and dry cleaning                                                  9.   $      20.00

10. Personal care products and services                                                  10.  $ _____

11. Medical and dental expenses                                                          11.  $     200.00

12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                         12.  $     310.75

13. Entertainment, clubs, recreation, newspapers, magazines, and books                   13.  $ _____

14. Charitable contributions and religious donations                                     14.  $ _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                                  15a. $ _____
    15b. Health insurance                                                                15b. $ _____
    15c. Vehicle insurance                                                               15c. $      45.00
    15d. Other insurance. Specify: Liability                                             15d. $     700.00

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: Payroll taxes                                                               16.  $   1,000.00

17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                                      17a. $ _____
    17b. Car payments for Vehicle 2                                                      17b. $ _____
    17c. Other. Specify: Workers Compensation Insurance                                  17c. $   1,200.00
    17d. Other. Specify: Payroll and outside services                                    17d. $   5,000.00

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, Schedule I, Your Income (Official Form 106I).                    18.  $ _____

19. Other payments you make to support others who do not live with you.
    Specify: _____                                                                19.  $ _____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                                     20a. $   9,652.27
    20b. Real estate taxes                                                               20b. $ _____
    20c. Property, homeowner's, or renter's insurance                                    20c. $ _____
    20d. Maintenance, repair, and upkeep expenses                                        20d. $     100.00
    20e. Homeowner's association or condominium dues                                     20e. $ _____

Case: 17-10199    Doc# 15    Filed: 04/05/17    Entered: 04/06/17 11:04:47    Page 26 of 28
Official Form 106J    Schedule J: Your Expenses    page 2

Case: 17-10199    Doc# 20    Filed: 04/07/17    Entered: 04/07/17 16:33:57    Page 9 of 10

Debtor 1  DOUGLAS  CATTICH  Case number (if known)_____

21. Other. Specify: Office Supplies                                  21. +$         72.77

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21.                                              22a. $    27,218.98

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c. $    27,218.98

23. Calculate your monthly net income.

    23a. Copy line 12 (your combined monthly income) from Schedule I.        23a. $    28,000.00

    23b. Copy your monthly expenses from line 22c above.                     23b. –$   27,218.98

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                              23c. $       781.02

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:

Official Form 106J    Case: 17-10199    Doc# 15    Filed: 04/05/17    Entered: 04/06/17 11:04:47    Page 27 of
                                                 Schedule J: Your Expenses                              28                                    page 3

Case: 17-10199    Doc# 20    Filed: 04/07/17    Entered: 04/07/17 16:33:57    Page 10 of 10