| | |
|---|---|
| DENNIS D. MILLER (SBN 138669)<br>LUBIN OLSON & NIEWIADOMSKI LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 981-0550<br>Facsimile: (415) 981-4343<br>dmiller@lubinolson.com<br><br>Attorneys for Secured Creditor<br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DOUGLAS WAYNE CATTICH,<br><br>        Debtor. | Case No. 17-10199-AJ<br><br>Chapter 13<br><br>**FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE**<br>**[11 U.S.C. §1307(c)]**<br><br>Date:    June 2, 2017<br>Time:   10:00. a.m.<br>Judge**:**  Hon. Alan Jaroslovsky<br>Place:   99 South E Street<br>           Santa Rosa, California 95404 |

**TO THE DEBTOR, IN PRO PER, THE CHAPTER 13 TRUSTEE, THE UNITED STATES**

**TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      At the above stated date, time and place, secured creditor First National Bank of

Northern California ("FNB") will move the Court for an order converting the chapter 13 case of

Douglas W. Cattich ("Debtor") to chapter 7, or alternatively to dismiss Debtor's Chapter 13 case.

      FNB's motion to convert the case to Chapter 7 is based upon the fact that Debtor is

ineligible to be a Chapter 13 debtor pursuant to 11 U.S.C. 109(e) as his secured debts total

19120126/603365v1      1      Case No. 17-10199-AJ
FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE
TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE
Case: 17-10199     Doc# 23     Filed: 04/27/17     Entered: 04/27/17 10:39:07     Page 1 of 3

approximately $1,800,000 whereas the Section 109(e) limit is $1,184,200. Debtor attempts to avoid the Section 109(e) limit by omitting that FNB has a debt in excess of $670,000 secured by a senior deed of trust on 9408 Willow Avenue, Cotati, California (the "Property"). Debtor's Chapter 13 is not filed in good faith as he has manipulated the Bankruptcy Code by filing incomplete schedules and omitting facts obviously known to the Debtor regarding his three properties owned and the corresponding mortgage lenders. Debtor conspicuously fails to denote which secured lender has a lien on which property. Further, Debtor has filed a Chapter 13 plan using a form from the Central District of California and providing that he will not make any payments to the Chapter 13 Trustee for any time period, nor to his unsecured or secured creditors, including FNB.

FNB contends the facts justify conversion to Chapter 7 as Debtor has engaged in frivolous litigation with FNB in multiple actions pending in the Sonoma County Superior Court. The Sonoma County Superior Court has already held that one of Debtor's complaints was not comprehensible sustaining FNB's demurrer. If the case is dismissed, FNB contends another filing will follow to stay FNB's foreclosure sale which will result in ongoing litigation over Debtor's refusal to pay his mortgage payments on his secured loan which matures under its own terms in July 2017. This action comes after Debtor paid 9 years of loan payments under a 10 year loan.

This motion is made pursuant to Bankruptcy Local Rule 9014-1(c)(1). Any opposition to the requested relief shall be filed and served no less than fourteen (14) days prior to the scheduled hearing date.

The motion is based upon this motion, the notice of hearing, the declarations of Nancy Wu and Dennis D. Miller, FNB's memorandum of points and authorities, FNB's request for judicial notice, all filed concurrently herewith, and any other supporting papers filed and served concurrently herewith, the arguments presented at the hearing and upon such other oral and documentary evidence as the Court may admit or take notice of prior to or at the hearing.

19120126/603365v1     2     Case No. 17-10199-AJ
FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE
Case: 17-10199    Doc# 23    Filed: 04/27/17    Entered: 04/27/17 10:39:07    Page 2 of 3

| | | |
|---|---|---|
| Dated: April 27, 2017 | | LUBIN OLSON & NIEWIADOMSKI LLP |
| | By: | */s/ Dennis D. Miller* |
| | | Dennis D. Miller |
| | | Attorneys for Secured Creditor |
| | | First National Bank of Northern California |

19120126/603365v1     3     Case No. 17-10199-AJ

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE

Case: 17-10199    Doc# 23    Filed: 04/27/17    Entered: 04/27/17 10:39:07    Page 3 of 3