1  DENNIS D. MILLER (SBN 138669)
   LUBIN OLSON & NIEWIADOMSKI LLP
2  Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 981-0550
4  Facsimile:    (415) 981-4343
   dmiller@lubinolson.com
5
   Attorneys for Secured Creditor
6  FIRST NATIONAL BANK OF NORTHERN
   CALIFORNIA
7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SANTA ROSA DIVISION

11

12 In re                                    Case No. 17-10199-AJ

13 DOUGLAS WAYNE CATTICH,                    Chapter 13

14        Debtor.

15                                           **FIRST NATIONAL BANK OF NORTHERN
                                             CALIFORNIA'S NOTICE OF HEARING
16                                           OF MOTION TO CONVERT CASE TO
                                             CHAPTER 7, OR ALTERNATIVELY
17                                           DISMISS DEBTOR'S CHAPTER 13 CASE
                                             [11 U.S.C. §1307(c)]**

18                                           Date:    June 2, 2017
                                             Time:    10:00. a.m.
19                                           Judge:   Hon. Alan Jaroslovsky
                                             Place:   99 South E Street
20                                                    Santa Rosa, California 95404

21

22 **TO THE DEBTOR, IN PRO PER, THE CHAPTER 13 TRUSTEE, THE UNITED**

23 **STATES TRUSTEE, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF**

24 **RECORD:**

25        PLEASE TAKE NOTICE that on June 2, 2017, at 10:00 a.m., in the Courtroom of

26 the Honorable Alan Jaroslovsky, Judge of the United States Bankruptcy Court, Northern District

27 of California, located at 99 South E Street, Santa Rosa, California, Secured Creditor First

28 National Bank of Northern California ("FNB") will move the Court for an order converting the

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S NOTICE OF HEARING OF MOTION TO
CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE

Case: 17-10199   Doc# 24   Filed: 04/27/17   Entered: 04/27/17 10:45:20   Page 1 of 2

chapter 13 case of Douglas W. Cattich (the "Debtor") to chapter 7, or alternatively to dismiss Debtor's Chapter 13 case.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9014-1(c)(1), any opposition to FNB's Motion must be filed and served fourteen (14) days before the scheduled hearing of June 2, 2017.

Dated: April 27, 2017                    LUBIN OLSON & NIEWIADOMSKI LLP


                                         By:  */s/ Dennis D. Miller*
                                              Dennis D. Miller
                                              Attorneys for Secured Creditor
                                              First National Bank of Northern California

Case: 17-10199    Doc# 24    Filed: 04/27/17    Entered: 04/27/17 10:45:20    Page 2 of 2