DENNIS D. MILLER (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN
CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DOUGLAS WAYNE CATTICH,<br><br>    Debtor. | Case No. 17-10199-AJ<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE RE: FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE**<br><br>Date:     June 2, 2017<br>Time:    10:00 a.m.<br>Judge:   Hon. Alan Jaroslovsky<br>Place:    99 South E Street<br>            Santa Rosa, California 95404 |

I, Catherine Montoya, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On April 27, 2017, I served a copy of the within document(s):

| | |
|---|---|
| 1 | **FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S NOTICE OF HEARING OF MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;** |
| 2 | |
| 3 | |
| 4 | **FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;** |
| 5 | |
| 6 | **FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MEMORANDUM IN SUPPORT OF MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;** |
| 7 | |
| 8 | **DECLARATION OF DENNIS D. MILLER IN SUPPORT OF FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;** |
| 9 | |
| 10 | |
| 11 | **DECLARATION OF NANCY WU IN SUPPORT OF FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE; and** |
| 12 | |
| 13 | **FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE** |
| 14 | |
| 15 | |

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List.

| *Trustee* | *U.S. Trustee* |
|---|---|
| David Burchard | Office of the U.S. Trustee /SR |
| P.O. Box 8059 | 450 Golden Gate Ave, 5th Fl. #05-0153 |
| Foster City, CA 94404 | San Francisco, CA 94102 |
| | |
| Kristin A. Zilberstein | Kristin A. Zilberstein |
| McCarthy & Holthus, LLP | McCarthy & Holthus, LLP |
| 1770 4th Ave | 1770 4th Ave |
| San Diego, CA 92102-2607 | San Diego, CA 92102-2607 |
| | |
| *Attorneys for Creditor* | *Attorneys for Creditor* |
| JP Morgan Chase Bank | Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. |

19120126/603333v1      2      Case No. 17-10199-AJ

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | ☒ (**BY MAIL**) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 2 | |
| 3 | **See attached service list** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 27, 2017, at San Francisco, California.

*/s/ Catherine Montoya*
Catherine Montoya

19120126/603333v1     3     Case No. 17-10199-AJ
CERTIFICATE OF SERVICE
Case: 17-10199   Doc# 25   Filed: 04/27/17   Entered: 04/27/17 10:47:37   Page 3 of 4

# SERVICE LIST

| | |
|---|---|
| *In pro per Debtor*<br>Douglas Wayne Cattich<br>9408 Willow Avenue<br>Cotati, CA 94931-9615 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| Best Buy Credit Services<br>P.O. Box 790441<br>St. Louis, MO 63179-0441 | Capital One Retail Service<br>P.O. Box 60504<br>Industry, CA 91716-0504 |
| Chase<br>3415 Vision Dr.<br>Columbus, OH 43219-6009 | Exchange Bank Card Member Svc<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 |
| Home Depot Credit Svcs<br>P.O. Box 790328<br>St. Louis, MO 63179-0328 | PG&E<br>P.O. Box 770000<br>San Francisco, CA 94177-0001 |
| Press Democrat<br>P.O. Box 54898<br>Los Angeles, CA 90054-0898 | Ready Fresh by Nestle<br>P.O. Box 856158<br>Lewisville, KY 40285-6158 |
| Sears<br>P.O. Box 78051<br>Phoenix, AZ 85062-8051 | Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129-2386 | Visa<br>P.O. Box 6318<br>Fargo, ND 58125-6318 |
| California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | AT&T Mobility<br>P.O. Box 537104<br>Atlanta, GA 30353-7104 |
| Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197 | Chase (Slate)<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| California Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | |