Dennis D. Miller (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN
CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

DOUGLAS WAYNE CATTICH,

    Debtor.

Case No. 17-10199-AJ

Chapter 13

**DECLARATION OF DENNIS D. MILLER IN SUPPORT OF FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S *EX PARTE* APPLICATION TO SPECIALLY SET HEARING ON FNB'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE**

[No Hearing Required]

I, Dennis D. Miller, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice in the above-referenced Court. I am a partner in the law firm of Lubin Olson & Niewiadomski LLP, counsel for Secured Creditor First National Bank of Northern California ("FNB"). If called upon to testify as to the facts set forth herein, I could and would competently testify thereto, as the facts set forth herein are personally known to me to be true.

2. At all times pertinent herein, I have been representing FNB in multiple

19120126/604533v1      1      Case No. 17-10199-AJ
DECLARATION OF DENNIS D. MILLER ISO FNB'S *EX PARTE* APPLICATION
Case: 17-10199   Doc# 27-1   Filed: 05/08/17   Entered: 05/08/17 15:41:50   Page 1 of 2

actions pending in the Sonoma County Superior Court involving Douglas W. Cattich ("Debtor") The Debtor has refused to respond to discovery in one state court action and an order to compel him to do so was issued in one case prior to the filing of this bankruptcy petition. Debtor has on at least one occasion opposed a motion to quash by one of FNB's officers without serving the opposition on FNB or any other party to that case.

3. I have just learned that Debtor set and took a deposition of a party to one of the litigation matters in April 2017 and never noticed any other party to that action. The deponent was Daniel Serbin, a notary, that Debtor contends somehow assisted in forging Debtor's signature on the America California Bank ("ACB") loan documents, and bribed the Department of Motor Vehicles to get Debtor's driver's license. FNB is ACB's successor to this loan by merger. I am informed and believe that Debtor has now dismissed Mr. Serbin. Debtor is being assisted in the state court litigation by an independent paralegal Jeff Thomas Smith.

4. After FNB's Motion was filed, I was contacted by this Court and informed that the hearing should be set on the Chapter 13 Motion calendar of June 14, 2017. I explained that I would prefer to keep the Motion on the June 2, 2017 calendar and would be submitting this ex parte application.

5. On May 2, 2017, I exchanged emails with Lilian Tsang of the Chapter 13 Trustee's office of FNB's position of keeping FNB's Motion on calendar for June 2, 2017. Ms. Tsang said that she did not oppose either date and would appear by telephone on June 2. She noted the Trustee's practice of hearing Chapter 13 motions on the Chapter 13 calendar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 8, 2017

_____
Dennis D. Miller, Declarant

19120126/604533v1                                    2                              Case No. 17-10199-AJ
DECLARATION OF DENNIS D. MILLER ISO FNB'S *EX PARTE* APPLICATION
Case: 17-10199   Doc# 27-1   Filed: 05/08/17   Entered: 05/08/17 15:41:50   Page 2 of 2