DENNIS D. MILLER (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN
CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DOUGLAS WAYNE CATTICH,<br><br>Debtor. | Case No. 17-10199-AJ<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE RE: FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S *EX PARTE* APPLICATION TO SPECIALLY SET HEARING ON FNB'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE**<br><br>**[No Hearing Required]** |

I, Catherine Montoya, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On May 8, 2017, I served a copy of the within document(s):

**FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S *EX PARTE* APPLICATION TO SPECIALLY SET HEARING ON FNB'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;**

19120126/604550v1     1     Case No. 17-10199-AJ
CERTIFICATE OF SERVICE
Case: 17-10199    Doc# 27-2    Filed: 05/08/17    Entered: 05/08/17 15:41:50    Page 1 of 3

**DECLARATION OF DENNIS D. MILLER IN SUPPORT OF FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S *EX PARTE* APPLICATION TO SPECIALLY SET HEARING ON FNB'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE;**

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List.

| *Trustee* | *U.S. Trustee* |
|---|---|
| David Burchard | Office of the U.S. Trustee /SR |
| P.O. Box 8059 | 450 Golden Gate Ave, 5th Fl. #05-0153 |
| Foster City, CA 94404 | San Francisco, CA 94102 |
| | |
| Kristin A. Zilberstein | Kristin A. Zilberstein |
| McCarthy & Holthus, LLP | McCarthy & Holthus, LLP |
| 1770 4th Ave | 1770 4th Ave |
| San Diego, CA 92102-2607 | San Diego, CA 92102-2607 |
| | |
| *Attorneys for Creditor* | *Attorneys for Creditor* |
| JP Morgan Chase Bank | Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. |

☒ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**See attached service list**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2017, at San Francisco, California.

*/s/ Catherine Montoya*
Catherine Montoya

# SERVICE LIST

*In pro per Debtor*
Douglas Wayne Cattich
9408 Willow Avenue
Cotati, CA 94931-9615

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Best Buy Credit Services
P.O. Box 790441
St. Louis, MO 63179-0441

Capital One Retail Service
P.O. Box 60504
Industry, CA 91716-0504

Chase
3415 Vision Dr.
Columbus, OH 43219-6009

Exchange Bank Card Member Svc
P.O. Box 790408
St. Louis, MO 63179-0408

Home Depot Credit Svcs
P.O. Box 790328
St. Louis, MO 63179-0328

PG&E
P.O. Box 770000
San Francisco, CA 94177-0001

Press Democrat
P.O. Box 54898
Los Angeles, CA 90054-0898

Ready Fresh by Nestle
P.O. Box 856158
Lewisville, KY 40285-6158

Sears
P.O. Box 78051
Phoenix, AZ 85062-8051

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165-0250

Specialized Loan Servicing
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129-2386

Visa
P.O. Box 6318
Fargo, ND 58125-6318

California Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

AT&T Mobility
P.O. Box 537104
Atlanta, GA 30353-7104

Discover Card
P.O. Box 6103
Carol Stream, IL 60197

Chase (Slate)
P.O. Box 15298
Wilmington, DE 19850-5298

California Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952