Dennis D. Miller (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 17-10199-AJ |
| DOUGLAS WAYNE CATTICH, | Chapter 13 |
| Debtor. | |
| | **ORDER GRANTING FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S *EX PARTE* APPLICATION TO SPECIALLY SET HEARING ON FNB'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE** |
| | **[No Hearing Required]** |

The Court has considered Secured Creditor First National Bank of Northern California's ("FNB") *Ex Parte* Application to Specially Set Hearing on FNB's Motion to Convert Case to Chapter 7, or Alternatively Dismiss Debtor's Chapter 13 Case (the "Application") and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1. The Application is approved; and

19120126/604435v1                                                Case No. 17-10199-AJ
ORDER GRANTING FNB'S EX PARTE APPLICATION TO SPECIALLY SET HEARING ON
MOTION TO CONVERT CASE TO CHAPTER 7 OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE

Case: 17-10199    Doc# 28    Filed: 05/09/17    Entered: 05/09/17 13:37:03    Page 1 of 2

2. FNB's Motion to Covert Case to Chapter 7, or Alternatively Dismiss Debtor's Chapter 13 case shall be heard on June 2, 2017 at 10:00 a.m. with briefing pursuant to Local Rule 9014-1(c).

DATED: May 9, 2017

Alan Jaroslovsky
U.S. Bankruptcy Judg