Douglas W. Cattich
9408 Willow Avenue
Cotati, California 94931

FILED
MAY -9 2017
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:

DOUGLAS WAYNE CATTICH

Case No. 17-10199-AJ

SS# XXX-XX-1248

OBJECTION TO CLAIM AND NOTICE THEREOF

Title 11 USC § 502(b)(1)

1. I, DOUGLAS WAYNE CATTICH, the debtor in possession, rely upon Haines v. Kerner, 404 US 519 (1972), and do hereby and herein object to the following Creditor's Proof of Claim; FIRST NATIONAL BANK OF NORTHERN CALIFORNIA Claim number_____ _____; and any proposed plan under consideration on the following grounds:

OBJECTION TO CLAIM- Page 1

**(a). A Pattern of Predatory Lending, Deception and Forgery Has Emerged.**

2. The alleged creditor who claims to have standing and power to enforce the note and deed of trust in regard to the residential home loan/ alleged commercial loan in this matter has stated that they are acting as an assignee of a promissory note and deed of trust that was forged by their predecessor-in-interest, AMERICA CALIFORNIA BANK, The forged documents were made Exhibits in a lawsuit filed by FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, see **Exhibit A**, attached and incorporated by reference. **Exhibit B**, shows my actual signature.

3. When I first went to the visit the original bank to pick up loan documents from AMERICA CALIFORNIA BANK, I visited them on August 26 of 2006, I have a cancelled check for the payment for a towing fee I paid in San Francisco, when I visited AMERICA CALIFORNIA BANK on that day. At the time I had a 30-year loan from Sonoma National Bank and was seeking a refinance loan to replace the roof and make some minor improvements. AMERICA CALIFORNIA BANK told me they were giving me a new 30-year loan with some cash out to replace the roof and make improvements. About one year later, on July 20, 2007, AMERICA CALIFORNIA BANK, hired a notary, Dan Serbin, and paid a surrogate signer to forge my signature, see the Notary Journal from Dan Serbin, **Exhibit C**, attached and incorporated by reference. The use of a surrogate signer required a counterfeit driver's license, which constitutes identity theft and forgery of a deed of trust, both of which are felonies. The Notary Journal also contained three alterations of the expiration date of my drivers license, which are suspicious and also constitutes a forgery.

4. I have a receipt from a grocery store, Oliver's Market, that shows that I was travelling to the grocery store when the notary allegedly came to my home and witnessed the signature on

the forged Deed of Trust and several other documents. The notary perjured himself during a deposition and stated that the signature was made at my home at 9408 Willow Avenue, Cotati, California, at a time when I was travelling to the grocery store called Oliver's Market. When the travel time from my home to the grocery store is calculated, 20 minutes, and the amount of time to park my car and to walk into the grocery store is factored in, 10 minutes, and shop for the groceries I purchased, 15 minutes, and then wait on the check out line for my turn to make the purchase I made with the credit card, 10 to 15 minutes, it was impossible for me to have signed the forged Deed of Trust at 11:00 AM when I was at the Oliver's Market grocery store at 11:44 AM.

    5. The thumbprint on the notary journal is substantially smaller than my thumbprint, see **Exhibit D**, an affidavit I signed related to this subject of the forgery, attached and incorporated by reference, with copies of the Notary Journal referenced above and a copy of the notary journal for the above referenced affidavit.

    6. Recently I reviewed the forged note and deed of trust and discovered to my shock that the loan is a ten-year loan with a $ 500,000.00 balloon payment. The pattern of fraud and deception has been continuous since this loan was forged. I was lied to about the terms of the loan, the note and deed of trust and other documents are forged, and they falsely stated that I was late in paying the monthly mortgage payments numerous times in an attempt to foreclose on my home. AMERICA CALIFORNIA BANK sent emails to me demanding payment of late charges, even though I was on time in paying my mortgage payments, see **Exhibit E**, attached and incorporated by reference.

    7. I supplied AMERICA CALIFORNIA BANK with the evidence they needed to determine that I was not late in paying their forged loan, including copies of cancelled checks, see **Exhibit F**, attached and incorporated by reference.

8. I paid the monthly mortgage payment to AMERICA CALIFORNIA BANK in October of 2015 and it was returned. Subsequently, FIRST NATIONAL BANK OF NORTHERN CALIFORNIA BANK emerged stating that they were taking over as the assignee of the loan, and that I was late in paying the October payment. Notice of the assignment of the loan was not given to me in a timely manner and the transition from the original document forger and alleged lender to the assignee was deliberately deficient in order to create an excuse to foreclose on the loan. FIRST NATIONAL BANK OF NORTHERN CALIFORNIA stated that we did not make the tax payments and we demonstrated that we did pay the property tax payments, see **Exhibit G**, attached and incorporated by reference.

9. These false statements about the loan payments being late by both AMERICA CALIFORNIA BANK and FIRST NATIONAL BANK OF NORTHERN CALIFORNIA along with the forgery and the false statements in the notary journal show a pattern of predatory lending and fraud with the intent to acquire the property that was the alleged security for the loan, the property at 9408 Willow Avenue, Cotati, California. In the context of RICO law this would be considered a pattern of racketeering activity.

10. These actions taken by AMERICA CALIFORNIA BANK and FIRST NATIONAL BANK OF NORTHERN CALIFORNIA are actions that would never be taken by WELLS FARGO BANK, NA BANK OF AMERICA, NA or WEST AMERICA BANK or most of the more reputable banks doing business in California. The number of senior executives at AMERICA CALIFORNIA BANK of Chinese descent and their pattern of predatory lending is an indication that this bank was connected to a Chinese organized crime syndicate.

**(b) A Forged Deed of Trust Cannot Be Used To Foreclose or Collect a Debt.**

11. In La Jolla Group II v. Bruce, 211 Cal. App. 4th 461 (2012) states that a forged signature voids the deed of trust as follows:

"A deed is void if the grantor's signature is forged or if the grantor is unaware of the nature of what he or she is signing. [Citation.] A voidable deed, on the other hand, is one where the grantor is aware of what he or she is executing, but has been induced to do so through fraudulent misrepresentations. [Citation.]" (*Schiavon v. Arnaudo Brothers* (2000) 84 Cal.App.4th 374, 378 [100 Cal.Rptr.2d 801].)

12. The court in La Jolla Group II v. Bruce, supra, went on to say:

A] forged document is void *ab initio* and constitutes a nullity; as such it cannot provide the basis for a superior title as against the original grantor.' [Citations.]" (*Id.* at pp. 379-380.) A forgery includes a "'false making of a writing'" that "'falsely purports to be the writing of another.'" (*Wutzke v. Bill Reid Painting Service, Inc.* (1984) 151 Cal.App.3d 36, 41-42 [198 Cal.Rptr. 418], italics omitted.) A deed that has been materially altered after it was signed is a forgery. (*Montgomery v. Bank of America* (1948) 85 Cal.App.2d 559, 563 [193 P.2d 475] ["Since the deed was altered without the knowledge, consent or approval of plaintiffs, after it had been signed by them and transmitted to the escrow holder, it was void."]; *Wutzke v. Bill Reid Painting Service, Inc., supra,* at pp. 43-44 [a forged deed is void].)

13. I have placed my monthly mortgage payments in an escrow account since January of 2016. As a result of the forgoing obvious evidence of forgery I object to the claim of the alleged creditor.

I filed the objection to claim to litigate these issues I, therefore, ask that the claim be declared void and other such relief as the court may deem proper.

**NOTICE TO THE ALLEGED CREDITOR**

14. You are required to obtain a hearing date and time from the appropriate courtroom deputy for the judge assigned to this bankruptcy case.

15. Within 30 days of the date of service of this motion you are further required to serve a copy of your declaration in opposition to motion and separate request and notice of hearing upon the undersigned moving party together with any opposing papers. The opposing declaration shall be signed and verified and;

    a. Identify the interest of the opposing party and

    b. state with particularity the grounds for the opposition.

Respectfully Submitted,

Dated: 5/9/17

_____

Douglas W. Cattich

OBJECTION TO CLAIM- Page 6

| | |
|---|---|
| 1 | |
| 2 | **DECLARATION OF SERVICE BY MAIL** |

I, _Joanie Reyes_, declare as follows

That I am domiciled in _Sonoma_ county, I am over the age of eighteen years old and not a party to the within action. My mailing location is: _9408 Willow Ave Cotati CA 94931_.

On the _9_ day of the _May_ in the year of our Lord two thousand and seventeen, I served by mail, by deposit in the US mail postage prepaid a true copy of **OBJECTION TO CLAIM AND NOTICE THEREOF** for Case number _17-10199-AJ_ in the UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION, upon the office of LUBIN OLSON & NIEWADOMSKI, LLP, agent for the Defendants, located at;

        LUBIN OLSON & NIEWADOMSKI, LLP
        600 Montgomery Street, 14th Floor
        San Francisco, California 94111

the agents for the Claimants.

     I declare under penalty of the Common Law of California and the Laws of the United States of America. that the foregoing is true and correct.

Executed on the _9_ day of the _May_ in the year of our Lord two -thousand and seventeen.

By: _[signature]_.

**Notice to the Principal is Notice to the Agent Notice to the Agent is Notice to the Principal**

Case: 17-10199    Doc# 29    Filed: 05/09/17    Entered: 05/09/17 16:05:38    Page 7 of 9

## DECLARATION OF SERVICE BY MAIL

I, _Joanie Reyes_, declare as follows

That I am domiciled in _Sonoma_ county, I am over the age of eighteen years old and not a party to the within action. My mailing location is:

_9408 Willow Ave Cotati CA 94931_.

On the _9_ day of the _May_ in the year of our Lord Two thousand and seventeen, I served by mail, by depositing the document described below in the United States Mail, sufficient postage prepaid, a true copy of **OBJECTION TO CLAIM AND NOTICE THEREOF** for Case number _17-10199-AJ_ filed in the UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION, upon the service list found below:

Donna Tamanaha, US Trustee
Office of the US Trustee
   450 Golden Gate Avenue
   Fifth Floor, Suite 05-0153
   San Francisco, California 94102

David Burchard, Trustee
Post Office Box 8059
Foster City, California
94404

    I declare under penalty of the Common Law of California and the Laws of the United States of America. that the foregoing is true and correct.

Executed on the _9_ day of the _May_ month in the year of our Lord two -thousand and seventeen.

By: _Joanie Reyes_.

**Notice to the Principal is Notice to the Agent Notice to the Agent is Notice to the Principal**

OBJECTION TO CLAIM- Page 8

## LIST OF EXHIBITS

EXHIBIT A   LAWSUIT FILED BY FIRST NATIONAL BANK OF NORTHERN CALIFORNIA WITH FORGED LOAN DOCUMENTS

EXHIBIT B   ACTTUAL SIGNATURE OF DOUGLAS W. CATTICH

EXHIBIT C   NOTARY JOURNAL FROM DAN SERBIN

EXHIBIT D   AFFIDAVIT FROM DOUGLAS CATTICH REGARDING THE THUMBPRINT AND NOTARY JOURNAL FROM DOUGLAS CATTICH AFFIDAVIT

EXHIBIT E   EMAIL FROM AMERICA CALIFORNIA BANK STATING THAT I WAS LATE IN PAYING THE MORTGAGE

EXHIBIT F   COPIES OF CANCELLED CHECKS SHOWING I WAS NOT LATE IN PAYING THE MORTGAGE PAYMENTS

EXHIBIT G   EVIDENCE THAT THE PROPERTY TAXES WERE PAID