Dennis D. Miller (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN
CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 17-10199-AJ |
| DOUGLAS WAYNE CATTICH, | Chapter 13 |
| Debtor. | |
| | **NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** that on May 9, 2017, the Court entered the Order

Granting First National Bank of Northern California's *Ex Parte* Application to Specially Set

Hearing on FNB's Motion to Convert Case to Chapter 7, or Alternatively Dismiss Debtor's

Chapter 13 Case, a copy of which is attached hereto as Exhibit A.

Dated: May 9, 2017                          LUBIN OLSON & NIEWIADOMSKI LLP

By: _____
    Dennis D. Miller
    Attorneys for Secured Creditor
    FIRST NATIONAL BANK OF NORTHERN
    CALIFORNIA

Case: 17-10199   Doc# 31   Filed: 05/09/17   Entered: 05/09/17 16:26:56   Page 1 of 7

1  Dennis D. Miller (SBN 138669)
   LUBIN OLSON & NIEWIADOMSKI LLP
2  The Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 981-0550
4  Facsimile:    (415) 981-4343
   dmiller@lubinolson.com
5
   Attorneys for Secured Creditor
6  FIRST NATIONAL BANK OF NORTHERN
   CALIFORNIA
7

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SANTA ROSA DIVISION

11

12  In re                                    Case No.  17-10199-AJ

13  DOUGLAS WAYNE CATTICH,                    Chapter 13

14          Debtor.

15                                            **ORDER GRANTING FIRST NATIONAL
                                              BANK OF NORTHERN CALIFORNIA'S**
16                                            ***EX PARTE* APPLICATION TO
                                              SPECIALLY SET HEARING ON FNB'S**
17                                            **MOTION TO CONVERT CASE TO
                                              CHAPTER 7, OR ALTERNATIVELY**
18                                            **DISMISS DEBTOR'S CHAPTER 13 CASE**

19                                            **[No Hearing Required]**

20

21          The Court has considered Secured Creditor First National Bank of Northern

22  California's ("FNB") *Ex Parte* Application to Specially Set Hearing on FNB's Motion to Convert

23  Case to Chapter 7, or Alternatively Dismiss Debtor's Chapter 13 Case (the "Application") and

24  good cause appearing therefor:

25

26          IT IS HEREBY ORDERED as follows:

27          1.      The Application is approved; and

28

19120126/604435v1                                        Case No. 17-10199-AJ

ORDER GRANTING FNB'S EX PARTE APPLICATION TO SPECIALLY SET HEARING ON
MOTION TO CONVERT CASE TO CHAPTER 7 OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE

1        2.        FNB's Motion to Covert Case to Chapter 7, or Alternatively Dismiss

2    Debtor's Chapter 13 case shall be heard on June 2, 2017 at 10:00 a.m. with briefing pursuant to

3    Local Rule 9014-1(c).

4

     DATED: May 9, 2017

5

6                                        Alan Jaroslovsky
                                         U.S. Bankruptcy Judg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19120126/604435v1                         2                         Case No. 17-10199-AJ

ORDER GRANTING FNB'S EX PARTE APPLICATION TO SPECIALLY SET HEARING ON
MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY DISMISS DEBTOR'S CHAPTER 13 CASE

1

## CERTIFICATE OF MAILING

2

3    The undersigned deputy clerk of the United States Bankruptcy Court for the Northern

4  District of California hereby certifies that a copy of the attached document was mailed to all parties

5  listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

6

7  Dated: May 9, 2017                                    Linda Jerge
                                                  Linda Jerge, Deputy Court Clerk

8

9

10  Douglas Wayne Cattich
    9408 Willow Ave.
11  Cotati, CA 94931
    SONOMA-CA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Catherine Montoya, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On May 9, 2017, I served a copy of the within document(s):

**NOTICE OF ENTRY OF ORDER**

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List.

| *Trustee* | *U.S. Trustee* |
|---|---|
| David Burchard | Office of the U.S. Trustee /SR |
| P.O. Box 8059 | 450 Golden Gate Ave, 5th Fl. #05-0153 |
| Foster City, CA 94404 | San Francisco, CA 94102 |
| | |
| Kristin A. Zilberstein | Kristin A. Zilberstein |
| McCarthy & Holthus, LLP | McCarthy & Holthus, LLP |
| 1770 4th Ave | 1770 4th Ave |
| San Diego, CA 92102-2607 | San Diego, CA 92102-2607 |
| | |
| *Attorneys for Creditor* | *Attorneys for Creditor* |
| JP Morgan Chase Bank | Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. |

☒ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**See attached service list**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Case: 17-10199    Doc# 31    Filed: 05/09/17    Entered: 05/09/17 16:26:56    Page 5 of 7

1    I declare that I am employed in the office of a member of the bar of this court at whose

2  direction the service was made.

3    Executed on May 9, 2017, at San Francisco, California.

4

5                                                          /s/ Catherine Montoya
                                                        Catherine Montoya

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 17-10199    Doc# 31    Filed: 05/09/17    Entered: 05/09/17 16:26:56    Page 6 of 7

| | | |
|---|---|---|
| 1 | <u>**SERVICE LIST**</u> | |
| 2 | ***In pro per Debtor*** | Bank of America |
| 3 | Douglas Wayne Cattich<br>9408 Willow Avenue | P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| 4 | Cotati, CA 94931-9615 | |
| 5 | Best Buy Credit Services<br>P.O. Box 790441 | Capital One Retail Service<br>P.O. Box 60504 |
| 6 | St. Louis, MO 63179-0441 | Industry, CA 91716-0504 |
| 7 | Chase | Exchange Bank Card Member Svc |
| 8 | 3415 Vision Dr.<br>Columbus, OH 43219-6009 | P.O. Box 790408<br>St. Louis, MO 63179-0408 |
| 9 | | |
| 10 | Home Depot Credit Svcs<br>P.O. Box 790328 | PG&E<br>P.O. Box 770000 |
| 11 | St. Louis, MO 63179-0328 | San Francisco, CA 94177-0001 |
| 12 | Press Democrat<br>P.O. Box 54898 | Ready Fresh by Nestle<br>P.O. Box 856158 |
| 13 | Los Angeles, CA 90054-0898 | Lewisville, KY 40285-6158 |
| 14 | Sears | Select Portfolio Servicing |
| 15 | P.O. Box 78051<br>Phoenix, AZ 85062-8051 | P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| 16 | | |
| 17 | Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300 | Visa<br>P.O. Box 6318 |
| 18 | Highlands Ranch, CO 80129-2386 | Fargo, ND 58125-6318 |
| 19 | California Employment Development Dept.<br>Bankruptcy Group MIC 92E | AT&T Mobility<br>P.O. Box 537104 |
| 20 | P.O. Box 826880<br>Sacramento, CA 94280-0001 | Atlanta, GA 30353-7104 |
| 21 | | |
| 22 | Discover Card<br>P.O. Box 6103 | Chase (Slate)<br>P.O. Box 15298 |
| 23 | Carol Stream, IL 60197 | Wilmington, DE 19850-5298 |
| 24 | California Franchise Tax Board<br>Bankruptcy Group | |
| 25 | P.O. Box 2952<br>Sacramento, CA 95812-2952 | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

Case: 17-10199    Doc# 31    Filed: 05/09/17    Entered: 05/09/17 16:26:56    Page 7 of 7