Dennis D. Miller (SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@lubinolson.com

Attorneys for Secured Creditor
FIRST NATIONAL BANK OF NORTHERN
CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DOUGLAS WAYNE CATTICH,<br><br>Debtor. | Case No. 17-10199-AJ<br><br>Chapter 13<br><br>**ERRATA TO FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**341(a) Meeting of Creditors:**<br>Date: May 9, 2017<br>Time: 11:00 a.m.<br>Place: 777 Sonoma Ave. #116<br>Santa Rosa, CA<br><br>**Confirmation Hearing:**<br>Date: June 14, 2017<br>Time: 1:30 p.m.<br>Place: 99 South E Street<br>Santa Rosa, CA<br>Judge: Alan Jaroslovsky |

First National Bank of Northern California ("FNB"), a secured creditor, in the above-entitled bankruptcy proceeding, hereby submits the following errata to its Objections to Confirmation of the Chapter 13 Plan proposed by Douglas W. Cattich ("Debtor"). Page 4 of the Objection was inadvertently omitted from the Objection that was filed on May 5, 2017, docket entry no. 26 as two page 3s were inadvertently filed. A true and correct copy of page 4 of the

19120126/605767v1     1     Case No. 17-10199-AJ
ERRATA TO FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
Case: 17-10199    Doc# 33    Filed: 05/19/17    Entered: 05/19/17 13:58:19    Page 1 of 5

| 1 | Objection is attached hereto as Exhibit 1. |
| --- | --- |
| 2 | |
| 3 | Dated: May 19, 2017          LUBIN OLSON & NIEWIADOMSKI LLP |

By: */s/ Dennis D. Miller*
    Dennis D. Miller
    Attorneys for Secured Creditor
    FIRST NATIONAL BANK OF NORTHERN CALIFORNIA

19120126/605767v1      2      Case No. 17-10199-AJ
ERRATA TO FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Case: 17-10199    Doc# 33    Filed: 05/19/17    Entered: 05/19/17 13:58:19    Page 2 of 5

Daniel Serbin engaged in fraud and bribed the Department of Motor Vehicles to get Debtor's driver's license to forge Debtor's signatures. Mr. Serbin was the notary who witnessed Debtor sign the Loan Documents, including the Deed of Trust on the Property. *See*, Nancy Wu Declaration in support of FNB's Motion, docket no. 23-3, Ex. 3. Debtor asserted fraud claims against Mr. Serbin and FNB is informed and believes Debtor has just dismissed Mr. Serbin from the litigation matter. This dismissal essentially verifies that Debtor's allegations of Mr. Serbin's alleged fraud has no merit. Debtor refuses to respond to FNB's discovery and thus there is an outstanding order to compel production and for sanctions which have not been paid. Reduced to its simplest form, Debtor refuses to pay on his Loan and then refuses to comply with state court discovery to support his unclear and unexplained allegations. He filed this case to stop FNB's foreclosure sale after all his actions, or inactions. This action was filed in bad faith and violates 11 U.S.C. Section 1325(a)(7).

        8.     FNB is informed and believes that Debtor operates an assisted care facility at 1228 Fair Oaks, Santa Rosa, California. *See* Exhibit 1 attached hereto. A review of Debtor's schedule I does not disclose if the rents and fees received by Debtor to operate this facility is included in his income and expenses. FNB is also informed and believes Debtor grows grape crops on his other property located at 465 Grapevine Lane, Healdsburg, California. FNB cannot tell if the income and expenses from the Grapevine operations are included in Debtor's schedules. FNB is thus unable to determine if the Plan can satisfy 11 U.S.C. Section 1325(a)(6) due to the lack of proper and complete financial disclosure.

        9.     Debtor has also stated conflicting evidence in his bankruptcy pleadings. In his petition, he claims debts between $50,000 to $100,000 whereas his schedules show no debts on his Schedule D. Reviewing his Statement of Financial Affairs and filings by Wells Fargo and Chase, and including FNB's debt, Debtor's liabilities exceed $1.9 million. *See*, FNB Motion, p. 6. In his petition, Debtor states his assets total between $500,000 and $1,000,000. Docket no. 1. Yet in his Schedules, and only counting his real property, his assets total $3.6 million. These facts cannot be attributed to a pro per who does not know better. He signed all pleadings under penalty of perjury. The case is a bad faith filing.

19120126/604429v1                4                Case No. 17-10199-AJ
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
Case: 17-10199  Doc# 33  Filed: 05/19/17  Entered: 05/19/17 13:58:19  Page 3 of 5
EXHIBIT 1

# CERTIFICATE OF SERVICE

I, Catherine Montoya, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On May 19, 2017, I served a copy of the within document(s):

**ERRATA TO FIRST NATIONAL BANK OF NORTHERN CALIFORNIA'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

[x] **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List.

| *Trustee* | *U.S. Trustee* |
|---|---|
| David Burchard | Office of the U.S. Trustee /SR |
| P.O. Box 8059 | 450 Golden Gate Ave, 5th Fl. #05-0153 |
| Foster City, CA 94404 | San Francisco, CA 94102 |
| | |
| Kristin A. Zilberstein | Kristin A. Zilberstein |
| McCarthy & Holthus, LLP | McCarthy & Holthus, LLP |
| 1770 4th Ave | 1770 4th Ave |
| San Diego, CA 92102-2607 | San Diego, CA 92102-2607 |
| | |
| *Attorneys for Creditor* | *Attorneys for Creditor* |
| JP Morgan Chase Bank | Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. |

[x] **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**In pro per Debtor**
Douglas Wayne Cattich
9408 Willow Avenue
Cotati, CA 94931-9615

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

19120126/605767v1     1     Case No. 17-10199-AJ
CERTIFICATE OF SERVICE
Case: 17-10199   Doc# 33   Filed: 05/19/17   Entered: 05/19/17 13:58:19   Page 4 of 5

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2017, at San Francisco, California.

/s/ Catherine Montoya
Catherine Montoya